UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WHITNEY MAIN, HENRY SCHMIDT and DANIEL GRENTZ, individually and as representatives of a class of similarly situated persons, and on behalf of the American Airlines, Inc., 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES INC., PENSION ASSET ADMINISTRATION COMMITTEE, BENEFITS STRATEGY COMMITTEE, PENSION BENEFITS ADMINISTRATION COMMITTEE, EMPLOYEE BENEFITS COMMITTEE, AND JOHN DOES 1-90,<br><br>Defendants. | Case No. 4:16-cv-00473-O<br><br>**ORAL ARGUMENT REQUESTED** |

## **DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Defendants American Airlines, Inc., the Pension Asset Administration Committee, the Benefits Strategy Committee, the Pension Benefits Administration Committee, and the Employee Benefits Committee, respectfully move the Court to dismiss the First Amended Class Action Complaint filed by Plaintiffs Whitney Main, Henry Schmidt, and Daniel Grentz (the "Amended Complaint"). For the reasons stated in the accompanying Memorandum in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, the Amended Complaint should be dismissed entirely and with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiffs fail to state a claim under the Employee Retirement Income Security Act of 1974.

WHEREFORE, Defendants respectfully request dismissal of the Amended Complaint.

Respectfully submitted,

Dated: August 5, 2016          /s/ Lars L. Berg
                               Dee J. Kelly, Jr. (S.B. # 11217250)
                               Lars L. Berg (S.B. # 00787072)
                               KELLY HART & HALLMAN LLP
                               201 Main Street, Suite 2500
                               Fort Worth, Texas 76102
                               Tel.: (817) 332-2500
                               Fax: (817) 878-9280
                               dee.kelly.2@kellyhart.com
                               lars.berg@kellyhart.com

                               Brian D. Boyle (*admitted pro hac vice*)
                               (D.C. Bar # 419773)
                               Shannon M. Barrett (*admitted pro hac vice*)
                               (D.C. Bar # 476866)
                               Meaghan VerGow (*admitted pro hac vice*)
                               (D.C. Bar # 977165)
                               O'MELVENY & MYERS LLP
                               1625 Eye Street, N.W.
                               Washington, D.C. 20006
                               Tel.: (202) 383-5300
                               Fax: (202) 383-5300
                               bboyle@omm.com
                               sbarrett@omm.com
                               mvergow@omm.com

                               *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On August 5, 2016, a true and correct copy of the foregoing document was served upon all persons who have requested notice and service of pleadings in this case via the Court's CM/ECF system.

*/s/ Lars L. Berg*
Lars L. Berg