IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Whitney Main, Henry Schmidt, and Daniel Grentz, individually and as representatives of a class of similarly situated persons, and on behalf of the American Airlines, Inc., 401(k) Plan,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>American Airlines, Inc., American Beacon Advisors, Inc., Pension Asset Administration Committee, Benefits Strategy Committee, Pension Benefits Administration Committee, and Employee Benefits Committee,<br><br>　　　　　　Defendants. | Case No. 4-16-cv-473-O |

**ORDER GRANTING JOINT MOTION FOR ADJOURNMENT OF ALL DEADLINES PENDING SETTLEMENT APPROVAL**

Came on to be considered in the above-styled and numbered action the Joint Motion for Adjournment of All Deadlines Pending Settlement Approval filed by all the parties. The Court finds that such motion should be granted. Therefore, the Court orders that the Joint Motion for Adjournment of All Deadlines Pending Settlement Approval should be, and is hereby, granted. The Court further orders that Plaintiffs shall move for preliminary approval of the settlement within sixty (60) days from entry of this Order.

**SO ORDERED** on this **5th day** of **May, 2017**.

_/s/ Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE