IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WHITNEY MAIN, HENRY SCHMIDT, AND DANIEL GRENTZ, INDIVIDUALLY AND AS REPRESENTATIVE OF A CLASS OF SIMILARLY SITUATED PERSONS, AND ON BEHALF OF AMERICAN AIRLINES, INC., 401(K) PLAN, | § § § § § § § | |
| PLAINTIFFS, | § | CLASS ACTION |
| V. | § | 4:16CV00473-O |
| | § | |
| AMERICAN AIRLINES, INC., PENSION ASSET ADMINISTRATION COMMITTEE, BENEFITS STRATEGY COMMITTEE, PENSION BENEFITS ADMINISTRATION COMMITTEE, EMPLOYEE BENEFITS COMMITTEE, AND JOHN DOES 1-90 | § § § § § § § | |
| DEFENDANTS. | § | |

**ORDER GRANTING AGREED JOINT MOTION TO
EXTEND BY TWO DAYS THE DEADLINE TO FILE A MOTION
FOR PRELIMINARY APPROVAL OF THE CLASS-ACTION SETTLEMENT**

Came on to be considered in the above-styled and numbered action the Agreed Joint Motion to Extend by Two Days the Deadline to File a Motion for Preliminary Approval of the Class-Action Settlement filed by all parties. The Court finds that such motion should be granted. Therefore, the Court orders that the Agreed Joint Motion to Extend by Two Days the Deadline to File a Motion for Preliminary Approval of the Class-Action Settlement should be, and is hereby, **GRANTED**. The Court further orders that the deadline to file a motion for preliminary approval of the class-action settlement be, and hereby is, extended to July 7, 2017.

**SO ORDERED on this 30th day of June, 2017.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE