IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Whitney Main, Henry Schmidt, and Daniel Grentz, individually and as representatives of a class of similarly situated persons, and on behalf of the American Airlines, Inc., 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>American Airlines, Inc., American Beacon Advisors, Inc., Pension Asset Administration Committee, Benefits Strategy Committee, Pension Benefits Administration Committee, and Employee Benefits Committee,<br><br>Defendants. | Case No. 4-16-cv-473-O |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e), this Court's Order dated October 23, 2017 (ECF No. 128), and Article 4 of the Parties' Class Action Settlement Agreement (ECF. No. 127-2), Plaintiffs Whitney Main, Henry Schmidt, and Daniel Grentz respectfully move this Court for an order granting final approval of the Parties' proposed Class Action Settlement Agreement. A proposed Final Approval Order is being submitted in connection with this motion and is also attached as an exhibit to the Settlement Agreement (see ECF No. 127-7). This motion is based on the accompanying Memorandum of Law; the contemporaneously-filed the Declarations of Kai Richter and Michelle Kopperud, and exhibits thereto; the Settlement Agreement; and all files, records and proceedings in this matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 7, 2018 | /s/ *Kai H. Richter* |

NICHOLS KASTER, PLLP
Kai H. Richter, MN Bar No. 0296545*
Carl F. Engstrom, MN Bar No. 0396298*
Paul Lukas, MN Bar No. 22084X*
Brandon T. McDonough, MN Bar No. 0393259*
Brock J. Specht, MN Bar. No. 0388343*
* admitted *pro hac vice*
4600 IDS Center, 80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
krichter@nka.com
cengstrom@nka.com
lukas@nka.com
bmcdonough@nka.com
bspecht@nka.com


KENDALL LAW GROUP, PLLC

Joe Kendall, Texas Bar No. 11260700
Jody Rudman, Texas Bar No. 00797356
3232 McKinney Avenue, Suite 700
Dallas, Texas  75204
214-744-3000 / 214-744-3015 (Facsimile)
jkendall@kendalllawgroup.com
jrudman@kendalllawgroup.com

ATTORNEYS FOR PLAINTIFFS AND THE
SETTLEMENT CLASS

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with respective counsel of record for Defendants with respect to this motion. This motion is not opposed by Defendants as parties to the Settlement Agreement.

Date: February 7, 2018        */s/ Kai H. Richter*
                                                    Kai H. Richter

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2018, a true and correct copy of **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** was served via CM/ECF to the parties registered to the Court's CM/ECF system.

> */s/ Kai H. Richter*
> Kai H. Richter