IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WHITNEY MAIN, HENRY SCHMIDT, and DANIEL GRENTZ, Individually and as Representatives of a Class of Similarly Situated Persons, and on Behalf of the American Airlines, Inc., 401(K) Plan, <br><br>　　　　Plaintiffs, <br>v. <br><br>AMERICAN AIRLINES, INC., AMERICAN BEACON ADVISORS, INC., PENSION ASSET ADMINISTRATION COMMITTEE, BENEFITS STRATEGY COMMITTEE, PENSION BENEFITS ADMINISTRATION COMMITTEE, and EMPLOYEE BENEFITS COMMITTEE, <br><br>　　　　Defendants. | § § § § § § § § § § § § § § § § § | Case No. 4:16-cv-00473-O |

**ORDER**

Before the Court is Plaintiffs' Motion for Attorney Fees, Expenses, and Service Awards (ECF No. 129), filed December 22, 2017. The Court held a Fairness Hearing on February 21, 2018, regarding the instant motion and the motion for final approval of the class action settlement. *See* Min. Entry, ECF No. 136. This motion is unopposed by Defendants. Having considered the motion papers, the proposed Settlement Agreement which the Court preliminarily approved on October 23, 2017 and has now finally approved, the arguments of counsel, and all files, records, and proceedings in this action, and otherwise being fully informed in the premises as to the facts and the law, the Court finds that Plaintiffs' Motion for Attorney Fees, Expenses, and Service Awards (ECF No. 129) should be and is hereby **GRANTED.**

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Class Counsel's request for an award of $6,600,000 in attorneys' fees is **APPROVED**. Having reviewed Class Counsel's fee application and all applicable legal authorities, the Court finds the requested amount of fees (30% of the Settlement Fund) to be reasonable and appropriate.

2. Class Counsel's request for litigation expenses in the amount of $428,375.21 is **APPROVED**. The Court has reviewed these expenses, and finds that they were necessarily incurred in the conduct of the litigation.

3. Class Counsel's request for settlement administration expenses in the amount of $163,604 is **APPROVED**. The Court has reviewed these expenses (consisting of $141,104 in expenses for the Settlement Administrator, $2,500 in expenses for the Escrow Agent, and $20,000 in expenses for the Independent Fiduciary who was retained to review the class release on behalf of the Plan pursuant to applicable regulations), and finds that they are reasonable and appropriate, and should be paid from the Settlement Fund.

4. Plaintiffs' request for class representative service awards in the amount of $10,000 each to Whitney Main, Daniel Grentz, and Henry Schmidt is **APPROVED**. The Court finds these awards to be justified under the facts of this case and consistent with applicable legal authorities.

5. Pursuant to Paragraph 5.7 of the Settlement Agreement, the amounts approved in Paragraphs 1, 2, 3, and 4 above shall be disbursed from the Qualified Settlement Fund within thirty (30) days after the Settlement Effective Date.

**SO ORDERED** on this **21st day** of **February, 2018.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE